UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI MATHAT AND JUSTIN PAUL,

Plaintiffs,

v.

CITY OF TUMWATER, et al.,

Defendants.

CASE NO. 26-5869 BHS

ORDER

THIS MATTER is before the Court on pro se plaintiffs Lori Mathat and Justin Paul's (1) motion for an extension of time to serve defendants Thompson and Kenderesi Dkt. 24, and (2) renewed motion for appointment of counsel, Dkt. 26.

Mathat's former motion, Dkt. 24, is **GRANTED**. Defendant Tumwater shall provide the U.S. Marshal the last known addresses of its former employees, Thompson and Kenderesi, so that the Marshal may serve them, consistent with the Court's prior Order, Dkt. 14.

Plaintiffs' renewed motion for appointment of counsel contends that they face "structural complexity," "severe asymmetry," and "institutional barriers." Dkt. 26 at 2. It does not acknowledge the "extraordinary circumstances" standard against which such a

motion must be measured, including a showing the plaintiffs are likely to succeed on the merits of their claim. *See* the Court's prior Order on this subject, Dkt. 14 at 3–4 (citing *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) ("A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.") (citation modified). Plaintiffs have asserted, but have not attempted to demonstrate, and have not shown, that they are likely to succeed on the merits of their claims.

The motion for appointment of counsel is **DENIED**.

**IT IS SO ORDERED**.

Dated this 17th day of November, 2026.

BENJAMIN H. SETTLE
United States District Judge